In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00176-CR
_____


EX PARTE MICHAEL DAVID BELLOW JR.


On Appeal from the County Court at Law No. 3
Jefferson County, Texas
Trial Cause No. 311003-0-A


**MEMORANDUM OPINION**

*Pro se* appellant Michael David Bellow Jr. has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. The request to dismiss the appeal is signed by Bellow personally. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

1

Submitted on July 23, 2019
Opinion Delivered July 24, 2019
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.